UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Wuchko,

    Plaintiff,

v.

Charles Storlie et al,

    Defendants.

ORDER
Civ. No. 09-1236 (MJD/AJB)

_____

This matter is before the Court upon Defendant Charles Storlie's appeal of the Order of Chief Magistrate Judge Arthur J. Boylan dated December 1, 2010. In a letter dated January 18, 2011, Defendant Storlie requested the Court strike Plaintiff's Response to Defendant's Objection, asserting it was filed three days after the filing deadline. The Court will grant Defendant's request and strike Plaintiff's Response to Defendant's Objection [Doc. No. 54]. The Court will further strike Defendant's Reply Brief. [Doc. No. 55].

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.2(a). Based on a review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous or contrary to law.

1

IT IS HEREBY ORDERED that the Order dated December 1, 2010 [Docket No. 49] is AFFIRMED.

Date:   January 27, 2011

                                              s/ Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge, U.S. District Court